IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

FLORENCE DIVISION

RECEIVED
USDC CLERK, FLORENCE, SC
2012 MAR 19 P 4: 20

| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 4:11CR02344-001(TLW) |
|---|---|---|
| | ) | |
| | ) | **AMENDED ORDER** |
| vs. | ) | **PSYCHIATRIC EXAMINATION** |
| | ) | |
| | ) | |
| WILLIAM MCCASKILL VAUGHT, JR. | ) | |

The parties to this litigation hereby agree that the Order for Psychiatric Exam filed February 1, 2012, be amended, in part, to read:

That the examination be conducted by a licensed or certified psychiatrist or psychologist as required by 18 U.S.C. § 4247.

The remainder of the Order for Psychiatric Exam filed February 1, 2012, shall remain in full force and effect.

TERRY L. WOOTEN,
UNITED STATES DISTRICT JUDGE

I so move:

**ALFRED W. BETHEA, JR.,**
Assistant U.S. Attorney

I consent:

**WILLIAM F. NETTLES, IV,**
Assistant Federal Public Defender
Attorney for Defendant